**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER A. SANDERS, et al.** | : | **CIVIL ACTION** |
| | : | |
| **vs.** | : | |
| | : | **NO. 14-7253** |
| **ETHICON, INC., et al.** | : | |

**ORDER**

**AND NOW**, this 16th day of April 2015, under 28 U.S.C. §1404(a), and considering the

parties' memoranda on venue including Defendants' request for transfer to the United States

District Court for the Middle District of Pennsylvania (ECF Doc. Nos. 36 & 37), and in accord

with the accompanying Memorandum, it is **ORDERED** that this case is **TRANSFERRED** to

the United States District Court for the Middle District of Pennsylvania, Plaintiffs' home forum.

The Clerk of this Court is directed to promptly **transfer this matter** to the Clerk of the United

States District Court for the Middle District of Pennsylvania.

**IT IS FURTHER ORDERED**, consistent with the Declaration of counsel for Ethicon,

Inc., Ethicon Endo-Surgery, Inc., Johnson & Johnson Services, Inc. and Johnson & Johnson (the

"Ethicon Defendants"), that the Ethicon Defendants shall not object, on the basis of Fed.R.Civ.P.

45(c)(1)(A), to any subpoena issued by Plaintiffs to employees of the Ethicon Defendants located

within one hundred (100) miles of the Eastern District of Pennsylvania at the time of subpoena

issuance.

KEARNEY, J.